No. 1579, Misc. ILES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1585, Misc. HARRIS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1596, Misc. DRAPER *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1602, Misc. BAXTER *v.* OLSEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 1620, Misc. COLLIGAN *v.* ROSETTI, PROPERTY CLERK. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *J. Lee Rankin* for respondent.

No. 1625, Misc. DEEN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Nanette Dembitz* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Alan F. Leibowitz* for respondent.

No. 1631, Misc. COLLINS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1637, Misc. GUNSTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 1422, Misc. SMITH *v.* REINCKE, WARDEN. C. A. 2d Cir. Motion of *Paul W. Orth* for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. Petitioner *pro se.* *John F. McGowan* for respondent.